# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| 20 CAP FUND I, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 3:23-cv-120 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| SUCCESSOR BY MERGER TO | § | |
| RECONTRUST COMPANY, N.A. | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the court's order adopting Magistrate Judge's memorandum and recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED on Galveston Island this 15th day of April, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE